(No. 11114.—Judgment affirmed.)

THE PEOPLE *ex rel.* Joseph Rice, County Collector, Appellee, *vs.* PRUDENCE RUTLEDGE, Appellant.

*Opinion filed February 21, 1917—Rehearing denied April 5, 1917.*

This case is controlled by the decision in *People* v. *McKinnie,* (*ante,* p. 342.)

APPEAL from the County Court of McLean county; the Hon. JAMES C. RILEY, Judge, presiding.

DEMANGE, GILLESPIE & DEMANGE, for appellant.

LESLIE J. OWEN, City Attorney, and BARRY & MORRISSEY, for appellee.

Mr. JUSTICE COOKE delivered the opinion of the court:

Upon the application of the county collector the county court of McLean county entered judgment and order of sale against the lands of Prudence Rutledge for a special assessment levied by the city of LeRoy. This case was tried in the county court with the case of *People* v. *McKinnie,* (*ante,* p. 342,) and the records in the two cases, as well as the abstracts and briefs, are identical. For the reasons given in the opinion in that case the judgment of the county court is affirmed.          *Judgment affirmed.*